**FREDSON STATMORE BITTERMAN, LLC**
Ronald W. Solares, Esq.
Attorney ID: 072762013
200 Broadacres Drive, Suite 180
Bloomfield, NJ 07003-3156
Attorney for Plaintiff
File #: 26405

| | |
|---|---|
| ERIKA MASINGILL-MADSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>FODAY TURAY, RYDER TRUCK RENTAL INC., RYDER TRANSPORTATION SERVICES, PFG TRANSCO, INC., KENNETH O. LESTER CO, INC., PERFORMANCE FOOD GROUP, INC. JOHN DOE 1-10 and ABC CORP. 1-10 (names being fictitious as true identities are unknown at this time),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br><br>DOCKET NO: ESX-L-9502-21<br><br>CIVIL ACTION<br><br>**VOLUNTARY STIPUALATION OF DISMISSAL WITHOUT PREJUDICE** |

THE MATTER in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against RYDER TRUCK RENTAL INC., and RYDER TRANSPORTATION SERVICES, without prejudice.

**FREDSON STATMORE BITTERMAN, LLC.**

BY: _____
**RONALD W. SOLARES, ESQ.**
*Attorneys for the plaintiffs*