

200 Broadacres Drive, Suite 180, Bloomfield, New Jersey 07003-3156



www.fredsonstatmore.com

**BARRY FREDSON (Retired)** ✻ ☐ ○
**ANDREW L. STATMORE** ☐ ○ ◊ ★
**LANCE J. BITTERMAN** ☐
**NEIL R. MARION** ☐ ○
**NICHOLAS J. WALTMAN** ☐ ○
**MARIO A. ARRIETA** ☐
**RONALD W. SOLARES** ☐ ○
**ARJUN A. SHARMA** ☐ ○

✻ CERTIFIED BY THE SUPREME COURT
OF NJ AS A CIVIL TRIAL ATTORNEY
☐ MEMBER NEW JERSEY BAR
○ MEMBER NEW YORK BAR
◊ MEMBER FLORIDA BAR
★ MEMBER D.C. BAR

March 21, 2022

*Via email*
John C. Lane, Esq.
Law Offices of John C. Lane
48 Woodport Road
Sparta, New Jersey 07871

     Re: Erika Masingill-Madsen v. Foday Turay, et al.
       ESX-L-9502-21
       D/A: 12/28/2020
       Our File No.:  26405

Dear Mr. Lane:

 As you are aware, this office represents the above-mentioned Plaintiff, Erika Masingill-Madsen. Please be advised that Plaintiff is claiming damages in the amount of $1,000,000. Upon receipt, Plaintiff's medical records will be forwarded immediately.

 If you should have any questions or need anything further, please do not hesitate to contact me.

          Very truly yours,
          FREDSON STATMORE BITTERMAN, LLC

          */s/ RONALD W. SOLARES, ESQ.*
          BY: RONALD W. SOLARES, ESQ.

RWS/tr